UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS BARTLETT WHITAKER, | § | |
| Petitioner, | § | |
| v. | § | CASE NO. 4:10-MC-293 |
| | § | |
| RICK THALER, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## PROOF OF INDIGENCY

Petitioner, Thomas Whittaker files this proof of indigency as follows:

On September 23, 2010, this Court appointed Hilder & Associates, P.C., to represent Petitioner conditional on proof of indigency. The Court noted that Petitioner has been represented by appointed counsel throughout state post-conviction proceedings. Petitioner's economic situation is the same; the attached affidavit confirms his indigent status. Exh. 'A'.

Respectfully submitted,

HILDER & ASSOCIATES, P.C.

/s/ *James G. Rytting*
Philip H. Hilder
State Bar No. 09620050
James Rytting
State Bar No. 24002883
819 Lovett Blvd.
Houston, Texas 77006-3905
Telephone (713) 655-9111
Facsimile (713) 655-9112
ATTORNEYS FOR PETITIONER

## CERTIFICATE OF SERVICE

Respondent was served on October 22, 2010, with these papers by the ECF filing system.

/s/ *James G. Rytting*
James G. Rytting